**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF IOWA

Case number *(if known)* _____  Chapter **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                                    4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Cyclone Carriers, Ltd.** |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names |

| | |
|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-2596603** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **45565 Aspen Rd.**<br>**Henderson, IA 51541**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Pottawattamie**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  **N/A**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Cyclone Carriers, Ltd.**                                          Case number (*if known*) _____
         _____
         Name

---

**7.   Describe debtor's business**      A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
**4841**

---

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**      *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

Debtor    **See Attachment**                          Relationship _____

District _____    When _____    Case number, if known _____

---

Debtor    **Cyclone Carriers, Ltd.**                                    Case number (*if known*) _____
_____
          Name

---

**11.  Why is the case filed in**          *Check all that apply:*
       *this district?*

                ■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                   preceding the date of this petition or for a longer part of such 180 days than in any other district.

                □  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or**     ■ No
       **have possession of any**
       **real property or personal**   □ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
       **property that needs**
       **immediate attention?**

                              **Why does the property need immediate attention?** (*Check all that apply.*)

                              □ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

                                 What is the hazard?  _____

                              □ It needs to be physically secured or protected from the weather.

                              □ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                 livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                              □ Other _____

                              **Where is the property?**  _____
                                                         Number, Street, City, State & ZIP Code

                              **Is the property insured?**

                              □ No

                              □ Yes.  Insurance agency  _____

                                      Contact name    _____

                                      Phone            _____

---

█    **Statistical and administrative information**

**13.  Debtor's estimation of**        *Check one:*
       **available funds**
                              □ Funds will be available for distribution to unsecured creditors.

                              ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of**      ■ 1-49                    □ 1,000-5,000               □ 25,001-50,000
       **creditors**              □ 50-99                   □ 5001-10,000               □ 50,001-100,000
                                  □ 100-199                 □ 10,001-25,000             □ More than100,000
                                  □ 200-999

---

**15.  Estimated Assets**         □ $0 - $50,000            ■ $1,000,001 - $10 million      □ $500,000,001 - $1 billion
                                  □ $50,001 - $100,000      □ $10,000,001 - $50  million    □ $1,000,000,001 - $10 billion
                                  □ $100,001 - $500,000     □ $50,000,001 - $100 million    □ $10,000,000,001 - $50 billion
                                  □ $500,001 - $1 million   □ $100,000,001 - $500 million   □ More than $50 billion

---

**16.  Estimated liabilities**    □ $0 - $50,000            □ $1,000,001 - $10 million      □ $500,000,001 - $1 billion
                                  □ $50,001 - $100,000      ■ $10,000,001 - $50  million    □ $1,000,000,001 - $10 billion
                                  □ $100,001 - $500,000     □ $50,000,001 - $100 million    □ $10,000,000,001 - $50 billion
                                  □ $500,001 - $1 million   □ $100,000,001 - $500 million   □ More than $50 billion

---

Debtor    **Cyclone Carriers, Ltd.**                                    Case number (*if known*) _____
          Name

████  **Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 27, 2019**
               MM / DD / YYYY

**X** **/s/ Russell A. Keast**                              **Russell A. Keast**
      Signature of authorized representative of debtor           Printed name

Title    **President**

---

**18. Signature of attorney**

**X** **/s/ Jeffrey D. Goetz**                         Date  **March 27, 2019**
      Signature of attorney for debtor                        MM / DD / YYYY

**Jeffrey D. Goetz AT0002832**
Printed name

**Bradshaw, Fowler, Proctor & Fairgrave PC**
Firm name

**801 Grand Avenue,  Suite 3700**
**Des Moines, IA 50309-8004**
Number, Street, City, State & ZIP Code

Contact phone   **515-246-5817**        Email address  **goetz.jeffrey@bradshawlaw.com**

**AT0002832 IA**
Bar number and State

Debtor  **Cyclone Carriers, Ltd.**
_____
Name

Case number (*if known*) _____

---

| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF IOWA
_____

Case number (*if known*) _____    Chapter    **7**

☐ Check if this an
amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| Debtor | **Cyclone Cattle, L.L.C.** | | | Relationship to you | **Affiliate** |
| District | **Southern District of Iowa, Central Division** | When | **4/17/18** | Case number, if known | **#18-00858-als11** |
| Debtor | **Cyclone Logistics, Ltd.** | | | Relationship to you | **Affiliate** |
| District | **Southern District of Iowa, Central Division** | When | | Case number, if known | **To be assigned** |
| Debtor | **Hatswell Farms, Inc.** | | | Relationship to you | **Affiliate** |
| District | **Southern District of Iowa, Central Division** | When | **4/17/18** | Case number, if known | **#18-0859-als11** |
| Debtor | **Keast Enterprises Inc.** | | | Relationship to you | **Affiliate** |
| District | **Southern District of Iowa, Central Division** | When | **4/17/18** | Case number, if known | **#18-00856-als11** |

**Fill in this information to identify the case:**

Debtor name    **Cyclone Carriers, Ltd.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF IOWA

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | **Declaration and signature** |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 27, 2019**      *X* **/s/ Russell A. Keast**
                                           Signature of individual signing on behalf of debtor

                                           **Russell A. Keast**
                                           Printed name

                                           **President**
                                           Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Cyclone Carriers, Ltd.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF IOWA

Case number (if known)

☐ Check if this is an amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                    12/15

| Part 1: | Summary of Assets |
|---------|-------------------|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*....................................................................................    $      0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................    $      3,413,120.79

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................    $      3,413,120.79

| Part 2: | Summary of Liabilities |
|---------|------------------------|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $      378,697.22

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $      0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................    +$      10,282,752.62

4.  **Total liabilities** ...............................................................................................
    Lines 2 + 3a + 3b      $      10,661,449.84

**Fill in this information to identify the case:**

Debtor name      **Cyclone Carriers, Ltd.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF IOWA

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:       Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.   **Great Western Bank** | **Checking account** | | **$85.41** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                           | **$85.41** |
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:       Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☑ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:       Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ☐ No.  Go to Part 4.
   ☑ Yes Fill in the information below.

11. **Accounts receivable**

| 11b. Over 90 days old: | **25,951.05** | - | **25,951.05** | =.... | **$0.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| Debtor | **Cyclone Carriers, Ltd.** | Case number *(If known)* |
|---|---|---|
| | Name | |

12.     **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$0.00

---

**Part 4:**     **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:**     **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:**     **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:**     **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

---

**Part 8:**     **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

---

**Part 9:**     **Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

---

**Part 10:**     **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

---

**Part 11:**     **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

**Current value of debtor's interest**

Debtor   **Cyclone Carriers, Ltd.**_____   Case number *(If known)*_____
         Name

71. **Notes receivable**
    Description (include name of obligor)
    **Sold 2007 Classic Freightliner truck**   14,100.03   -   0.00   =
    **#7430 to Rod Frink for $25,000.00;**   Total face amount        doubtful or uncollectible amount
    **promissory note dated May 10, 2017,**
    **for 36 months at 8%; balance**
    **remaining through end of loan is**
    **$14,100.03**                                                                            **$14,100.03**

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

    **Federal and state NOL**_____   Tax year **2016**_____   **$1,923,319.00**

    **Federal and state NOL**_____   Tax year **2017**_____   **$1,222,104.00**

    **Federal and state NOL**_____   Tax year **2018**_____   **$253,512.35**

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit
    has been filed)**

75. **Other contingent and unliquidated claims or causes of action of
    every nature, including counterclaims of the debtor and rights to
    set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets,
    country club membership

78. **Total of Part 11.**                                             **$3,413,035.38**

    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor    **Cyclone Carriers, Ltd.**
Name

Case number *(If known)*

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $85.41 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $3,413,035.38 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,413,120.79 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,413,120.79 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name        **Cyclone Carriers, Ltd.**

United States Bankruptcy Court for the:        SOUTHERN DISTRICT OF IOWA

Case number (if known)        _____

☐ Check if this is an
   amended filing

**Official Form 206D**

## Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |
| **2.1** **Midstates Bank NA** | Describe debtor's property that is subject to a lien | $378,697.22 | $40,136.49 |
| Creditor's Name | **Cash , accounts receivable, note receivable** | | |

**PO Box 720**
**Harlan, IA 51537**
Creditor's mailing address

**Describe the lien**
**Non-PMSI**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**5-22-18**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $378,697.22 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name     **Cyclone Carriers, Ltd.**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF IOWA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|  | Date or dates debt was incurred<br><br>**Through 12-31-2018** | Basis for the claim:<br>**All payroll taxes total $159,622.41; amount due<br>the Internal Revenue Service is included within<br>that amount** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Iowa Department of Revenue**<br>**Hoover State Office Building**<br>**PO Box 10471**<br>**Des Moines, IA 50306-0471** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|  | Date or dates debt was incurred<br><br>**Through 12-31-18** | Basis for the claim:<br>**All payroll taxes total $159,622.41; amount due<br>the Iowa Department of Revenue is included<br>within that amount** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

Debtor    **Cyclone Carriers, Ltd.**
_____    Case number (if known) _____
Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Iowa Workforce Development
Unemployment Insurance Tax
Bureau
1000 East Grand Ave.
Des Moines, IA 50319**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Through 12-31-18**

Basis for the claim:
**All payroll taxes total $159,622.41; amount due the Iowa Workforce Development is included within that amount**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |

**Agri-Access
7540 Airport View Dr. SW
Rochester, MN 55902**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lease payments in default of $76,118.17; all trucks surrendered to creditor and deficiency due has not yet been calculated by creditor**

Is the claim subject to offset?  ■ No   ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$146,587.59** |

**Cyclone Cattle, L.L.C.
45565 Aspen Rd.
Henderson, IA 51541**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Inter-company payable**

Is the claim subject to offset?  ■ No   ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |

**Daimler Truck Financial
13650 Heritage Parkway
Fort Worth, TX 76177**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0001**

Basis for the claim:  **Deficiency on trucks surrendered in April, 2018**

Is the claim subject to offset?  ■ No   ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$382.96** |

**Fleetmatics
PO Box 347472
Pittsburgh, PA 15251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **GPS software**

Is the claim subject to offset?  ■ No   ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Cyclone Carriers, Ltd.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$600.00** |
|---|---|---|
| **Hatswell Farms, Inc.**<br>**45565 Aspen Rd.**<br>**Henderson, IA 51541** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Inter-company payable** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,494.64** |
|---|---|---|
| **Joy B. Fitzgerald, Inc.**<br>**PO Box 366**<br>**Altoona, IA 50009** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Nationwide licensing services** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,238,733.50** |
|---|---|---|
| **Russell and Diane Keast**<br>**45565 Aspen Rd.**<br>**Henderson, IA 51541** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **Russell and Diane Keast sold land in December, 2017.  The proceeds of $2,881,538.64 were contributed to the debtor to increase their basis to allow for offsetting the loss.  These proceeds were then paid by the debtor to Keast Enterprises.** | |
| | Is the claim subject to offset? ☐ No ■ Yes | |

---

**3.8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$145.00** |
|---|---|---|
| **Larry's Welding LLC**<br>**1381 130th St.**<br>**Emerson, IA 51533** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Repairs** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Larsen Ag**<br>**2737 Bluebird Avenue**<br>**Elk Horn, IA 51531** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred  **5-18-17** | Basis for the claim:  **Creditor claims an agricultural and supply dealer's lien against debtor's crops, livestock, etc., of which debtor has none** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.10**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,881,307.66** |
|---|---|---|
| **Midstates Bank NA**<br>**PO Box 720**<br>**Harlan, IA 51537** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Unsecured portion of cross-collateralized notes due** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.11**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$351.05** |
|---|---|---|
| **NASTC**<br>**104 Stuart Drive**<br>**Hendersonville, TN 37075** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Subscription services cancelled in June, 2018** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | Cyclone Carriers, Ltd. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $463.52 |
|---|---|---|---|

**3.12**

Nonpriority creditor's name and mailing address

**TA Operating LLC**
**24601 Center Ridge Rd.**
**Westlake, OH 44145**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Repairs**

Is the claim subject to offset? ■ No ☐ Yes

$463.52

---

**3.13**

Nonpriority creditor's name and mailing address

**Truck Center Companies Inc.**
**1208 31st Ave.**
**Council Bluffs, IA 51501**

Date(s) debt was incurred _

Last 4 digits of account number  **6483**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Repairs**

Is the claim subject to offset? ■ No ☐ Yes

$12,520.82

---

**3.14**

Nonpriority creditor's name and mailing address

**UPS**
**Lockbox 577**
**Carol Stream, IL 60132-0577**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Freight**

Is the claim subject to offset? ■ No ☐ Yes

$165.88

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Mercedes-Benz Financial Services/Daimler**<br>**PO Box 5260**<br>**Carol Stream, IL 60197** | Line  **3.3**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **TA Operating LLC**<br>**c/o John S. Pucin, Esq.**<br>**Pucin & Friedland**<br>**1699 W. Woodfield Rd., Ste. 360A**<br>**Schaumburg, IL 60173** | Line  **3.12**<br><br>☐ Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. | + $ | 10,282,752.62 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 10,282,752.62 |

**Fill in this information to identify the case:**

Debtor name **Cyclone Carriers, Ltd.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF IOWA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal       Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1 State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.2 State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.3 State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.4 State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Cyclone Carriers, Ltd.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF IOWA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                   12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**                                                    Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Cyclone Cattle, L.L.C.** | **45565 Aspen Rd. Henderson, IA 51541** | **Midstates Bank NA** | ☑ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Cyclone Cattle, L.L.C.** | **45565 Aspen Rd. Henderson, IA 51541** | **Larsen Ag** | ☐ D _____ <br> ☑ E/F __3.9__ <br> ☐ G _____ |
| 2.3 | **Cyclone Cattle, L.L.C.** | **45565 Aspen Rd. Henderson, IA 51541** | **Midstates Bank NA** | ☐ D _____ <br> ☑ E/F __3.10__ <br> ☐ G _____ |
| 2.4 | **GenAgra, Ltd.** | **45565 Aspen Rd. Henderson, IA 51541** | **Midstates Bank NA** | ☑ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | **GenAgra, Ltd.** | **45565 Aspen Rd. Henderson, IA 51541** | **Larsen Ag** | ☐ D _____ <br> ☑ E/F __3.9__ <br> ☐ G _____ |

| Debtor | **Cyclone Carriers, Ltd.** | Case number *(if known)* | |
|---|---|---|---|

---

| | **Additional Page to List More Codebtors** |
|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | **GenAgra, Ltd.** | 45565 Aspen Rd.<br>Henderson, IA 51541 | **Midstates Bank NA** | ☐ D _____<br>■ E/F __3.10__<br>☐ G _____ |
| 2.7 | **Hatswell Farms, Inc.** | 45565 Aspen Rd.<br>Henderson, IA 51541 | **Midstates Bank NA** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **Hatswell Farms, Inc.** | 45565 Aspen Rd.<br>Henderson, IA 51541 | **Larsen Ag** | ☐ D _____<br>■ E/F __3.9__<br>☐ G _____ |
| 2.9 | **Hatswell Farms, Inc.** | 45565 Aspen Rd.<br>Henderson, IA 51541 | **Midstates Bank NA** | ☐ D _____<br>■ E/F __3.10__<br>☐ G _____ |
| 2.10 | **Keast Enterprises Inc.** | 45565 Aspen Rd.<br>Henderson, IA 51541 | **Midstates Bank NA** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | **Keast Enterprises Inc.** | 45565 Aspen Rd.<br>Henderson, IA 51541 | **Larsen Ag** | ☐ D _____<br>■ E/F __3.9__<br>☐ G _____ |
| 2.12 | **Keast Enterprises Inc.** | 45565 Aspen Rd.<br>Henderson, IA 51541 | **Midstates Bank NA** | ☐ D _____<br>■ E/F __3.10__<br>☐ G _____ |
| 2.13 | **Edward F. Keast** | 540 Vine St.<br>Carson, IA 51525 | **Midstates Bank NA** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Cyclone Carriers, Ltd.** | Case number *(if known)* |
|--------|-----------------------------|--------------------------|

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| 2.14 | **Edward F. Keast** | **540 Vine St.**<br>**Carson, IA 51525** | **Midstates Bank NA** | ☐ D _____<br>■ E/F __3.10__<br>☐ G _____ |
|---|---|---|---|---|
| 2.15 | **Russell and Diane Keast** | **45565 Aspen Rd.**<br>**Henderson, IA 51541** | **Midstates Bank NA** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.16 | **Russell and Diane Keast** | **45565 Aspen Rd.**<br>**Henderson, IA 51541** | **Larsen Ag** | ☐ D _____<br>■ E/F __3.9__<br>☐ G _____ |
| 2.17 | **Russell and Diane Keast** | **45565 Aspen Rd.**<br>**Henderson, IA 51541** | **Midstates Bank NA** | ☐ D _____<br>■ E/F __3.10__<br>☐ G _____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Cyclone Carriers, Ltd.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF IOWA

Case number (if known)  _____

☐ Check if this is an
   amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:      Income**

1. **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2019** to **Filing Date** | ■ Operating a business<br>■ Other  **Sale of truck; refund of funds** | **$22,009.63** |
| **For prior year:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other  _____ | **$141,333.08** |
| **For prior year:**<br>From  **1/01/2018** to **12/31/2018** | ☐ Operating a business<br>■ Other  **Sale of 12 trailers and 1 truck** | **$339,850.00** |
| **For year before that:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other  _____ | **$1,835,047.69** |

2. **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:      List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

| Debtor | **Cyclone Carriers, Ltd.** | Case number *(if known)* | |

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Internal Revenue Service** | **February 13, 2019** | **$22,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other ___Tax debt___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Midstates Bank, N.A. vs. Cyclone Carriers, Ltd., et al EQCV117499** | **Suit for foreclosure and replevin** | **Pottawattamie County District Court Pottawattamie County Courthouse 227 S. 6th St., #4 Council Bluffs, IA 51501** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **Cyclone Carriers, Ltd.**                                Case number *(if known)* _____

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **Cyclone Carriers, Ltd. v. Canning Logistics and Tim Lukowski LACV026502** | **Suit on account; order to change venue entered October 11, 2016** | **Mills County District Court Mills County Courthouse 418 Sharp Street Glenwood, IA 51534** | ☐ Pending ☐ On appeal ☐ Concluded |
| 7.3. | **Cyclone Carriers, Ltd. v. Canning Logistics Services LLC, Tim Lukowski, and Great Western Casualty Company LACV115336** | **Suit on account (transferred from Mills County); defendants' motion to stay granted and defendants' motion to dismiss denied on February 28, 2017; debtor collected $31,357.76, balance due of $184,271 after write downs; may settle for $60,000?** | **Pottawattamie County District Court Pottawattamie County Courthouse 227 S. 6th St., #4 Council Bluffs, IA 51501** | ☐ Pending ☐ On appeal ■ Concluded |
| 7.4. | **Cyclone Carriers, Ltd. v. Five Seasons Express PO Box 777755 Henderson, NV 9077** | **Suit on account for trucking expenses totaling $3,150.00 (delivered goods for customer) (being handled by Attorney Lauren Goodman of McGrath North in Omaha, NE) - Discontinued collection efforts** | | ☐ Pending ☐ On appeal ■ Concluded |
| 7.5. | **Cyclone Carriers, Ltd. v. Trans-Motion Trucking, LLC/Trucks Inc. 1804 Paul Street Omaha, NE** | **Suit on account for lease expenses totaling $22,801.05 (collection); (being handled by Attorney Lauren Goodman of McGrath North in Omaha, NE)** | | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:**   **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

| Debtor | **Cyclone Carriers, Ltd.** | Case number *(if known)* | |
|--------|---------------------------|--------------------------|--|

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------------------------------|-------------------------------------------|-------------|-------|

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| **Employee driving debtor's truck struck a parked car** | **Covered by insurance - claimant now deceased; matter dropped** | **August 19, 2017** | **Unknown** |

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Bradshaw, Fowler, Proctor & Fairgrave PC**<br>**801 Grand Avenue,  Suite 3700**<br>**Des Moines, IA 50309-8004** | **Attorney Fees $4,665**<br>**Filing fee $355** | **June 11, 2018** | **$5,000.00** |
| | Email or website address<br>**www.bradshawlaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|-------------------------|-----------------------------------|---------------------------|-----------------------|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|-----------------------------------|-----------------------------------------------------------------------------------|------------------------|-----------------------|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

Debtor    **Cyclone Carriers, Ltd.**                                        Case number *(if known)* _____

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. **Herum Excavation** | **Sold Freightliner truck (proceeds paid to IRS)** | **February 13, 2019** | **$22,000.00** |
| **Relationship to debtor** **None** | | | |

---

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor   **Cyclone Carriers, Ltd.**

Case number *(if known)*

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Cyclone Carriers, Ltd.**                                    Case number *(if known)* _____

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Gross & Company**<br>**613 Iowa Avenue**<br>**Dunlap, IA 51529** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Midstates Bank N.A.**<br>**PO Box 720**<br>**Harlan, IA 51537** |
| 26d.2.    **MetLife**<br>**1213 N. Sunshine Dr.**<br>**Stanberry, MO 64489** |
| 26d.3.    **First National Bank**<br>**1620 Dodge Street**<br>**Omaha, NE 68197** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor   **Cyclone Carriers, Ltd.**                                   Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Russell A. Keast** | **45565 Aspen Rd.**<br>**Henderson, IA 51541** | **President, Director** | **100%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Diane C. Keast** | **45565 Aspen Rd.**<br>**Henderson, IA 51541** | **Secretary, Treasurer, Director** | **None** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ■ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ☐ No
   ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | | | | **Russell and Diane Keast sold land in December, 2017. The proceeds of $2,881,538.64 were contributed to the debtor to increase their basis to allow for offsetting the loss. These proceeds were then paid by the debtor to Keast Enterprises Inc. so it could pay down the mortgage/note. This was done by journal entry because the closing agent would not redirect the funds.** |
| | **Russell and Diane Keast**<br>**45565 Aspen Rd.**<br>**Henderson, IA 51541** | **$2,881,538.64 - Basis shortage and suspended tax loss** | **December 8, 2017** | |
| | Relationship to debtor<br>**President and Secretary** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

Debtor    **Cyclone Carriers, Ltd.**                                                    Case number *(if known)*

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Cyclone Carriers, Ltd.**                                          Case number *(if known)* _____

---

**Part 14:    Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 27, 2019**
                 _____

**/s/ Russell A. Keast**                                    **Russell A. Keast**
_____                                        _____
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor    **President**
                                      _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Southern District of Iowa

In re **Cyclone Carriers, Ltd.** _____  Case No. _____

Debtor(s)                              Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **4,665.00** |
| Prior to the filing of this statement I have received | $ | **4,665.00** |
| Balance Due | $ | **0.00** |

2.  $ **335.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

4.  The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice and assistance to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e.  [Other provisions as needed]
      **Analysis of the financial situation, and rendering advice and assistance to you in determining whether to file a petition under Title 11, United States Code; preparation and filing of the petition, schedules of assets and liabilities, statement of financial affairs, and other documents required by the court; representation of you at the first meeting of creditors; exemption planning.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Amendments to schedules; garnishment issues; lawsuit matters; negotiations with trustee or US trustee; relief from stay actions; reaffirmation agreements; motion to avoid lien or judicial lien avoidance; nondischargeability actions; adversary proceedings; clearing title to real estate, including affidavits; negotiations with secured creditors to reduce debt to market value, renegotiate the debt, effect a redemption of collateral, or surrender of collateral; defense of any litigation; tax matters; means test issues; any other services.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **March 27, 2019** | **/s/ Jeffrey D. Goetz** |
| *Date* | **Jeffrey D. Goetz AT0002832** |
| | *Signature of Attorney* |
| | **Bradshaw, Fowler, Proctor & Fairgrave PC** |
| | **801 Grand Avenue,  Suite 3700** |
| | **Des Moines, IA 50309-8004** |
| | **515-246-5817  Fax: 515-246-5808** |
| | **goetz.jeffrey@bradshawlaw.com** |
| | *Name of law firm* |

---

# United States Bankruptcy Court
## Southern District of Iowa

In re   **Cyclone Carriers, Ltd.**                                           Case No.

                                      Debtor(s)          Chapter   **7**

## VERIFICATION OF MASTER ADDRESS LIST
## ON PAPER (CREDITOR MATRIX)

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the attached Master Address List (creditor matrix), consisting of   **2**   pages, and that it is true and correct to the best of my knowledge, information, and belief.

Date:   **March 27, 2019**                   **/s/ Russell A. Keast**

                                              **Russell A. Keast**/President
                                              Signer/Title

VER_MTRX (Rev. 04/00)

Agri-Access
7540 Airport View Dr. SW
Rochester, MN 55902

Cyclone Cattle, L.L.C.
45565 Aspen Rd.
Henderson, IA 51541

Daimler Truck Financial
13650 Heritage Parkway
Fort Worth, TX 76177

Fleetmatics
PO Box 347472
Pittsburgh, PA 15251

GenAgra, Ltd.
45565 Aspen Rd.
Henderson, IA 51541

Hatswell Farms, Inc.
45565 Aspen Rd.
Henderson, IA 51541

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Iowa Department of Revenue
Hoover State Office Building
PO Box 10471
Des Moines, IA 50306-0471

Iowa Workforce Development
Unemployment Insurance Tax Bureau
1000 East Grand Ave.
Des Moines, IA 50319

Joy B. Fitzgerald, Inc.
PO Box 366
Altoona, IA 50009

Keast Enterprises Inc.
45565 Aspen Rd.
Henderson, IA 51541

Edward F. Keast
540 Vine St.
Carson, IA 51525

Russell and Diane Keast
45565 Aspen Rd.
Henderson, IA 51541

Larry's Welding LLC
1381 130th St.
Emerson, IA 51533

Larsen Ag
2737 Bluebird Avenue
Elk Horn, IA 51531

Mercedes-Benz Financial Services/Daimler
PO Box 5260
Carol Stream, IL 60197

Midstates Bank NA
PO Box 720
Harlan, IA 51537

NASTC
104 Stuart Drive
Hendersonville, TN 37075

TA Operating LLC
24601 Center Ridge Rd.
Westlake, OH 44145

TA Operating LLC
c/o John S. Pucin, Esq.
Pucin & Friedland
1699 W. Woodfield Rd., Ste. 360A
Schaumburg, IL 60173

Truck Center Companies Inc.
1208 31st Ave.
Council Bluffs, IA 51501

UPS
Lockbox 577
Carol Stream, IL 60132-0577

# United States Bankruptcy Court
## Southern District of Iowa

In re    **Cyclone Carriers, Ltd.**

_____

Debtor(s)

Case No. _____

Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Cyclone Carriers, Ltd.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 27, 2019**
_____
Date

**/s/ Jeffrey D. Goetz**
_____
**Jeffrey D. Goetz AT0002832**
Signature of Attorney or Litigant
Counsel for    **Cyclone Carriers, Ltd.**
**Bradshaw, Fowler, Proctor & Fairgrave PC**
**801 Grand Avenue,  Suite 3700**
**Des Moines, IA 50309-8004**
**515-246-5817 Fax:515-246-5808**
**goetz.jeffrey@bradshawlaw.com**